# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROSE HOFFMAN, | ) |
| Plaintiff, | ) No. 4:13-CV-761 JAR |
| v. | ) |
| UNITED STATES OF AMERICA | ) |
| And | ) |
| CITY OF WENTZVILLE, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On July 2, 2013, Defendant City of Wentzville filed a Motion to Dismiss Plaintiff's Complaint (ECF No. 5). On July 9, 2013, Plaintiff filed a 1ST Amended Complaint, which is now the operative complaint (ECF No. 8).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant City of Wentzville's Motion to Dismiss Plaintiff's Complaint (ECF. No. 5) is **DENIED** as moot.

Dated this 10th day of July, 2013.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE